| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kahn, Charles J. | District Court, Northern District of Florida | 05/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full-time | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final **5b.** ☐ Amended Report | 01/01/2015 to 12/31/2015 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Winston E. Arnow Federal Bldg. 100 North Palafox St. Pensacola FL 32502 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust 1 |
| 2. | Trustee | Trust 2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Retirement Pension, State of Florida | $1,267.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Retirement Pension, State of Florida |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southern Company common stock | B | Dividend | K | T | Buy | 03/06/15 | J | | |
| 2. | | | | | Buy (add'l) | 06/08/15 | J | | |
| 3. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 4. | | | | | Buy (add'l) | 12/04/15 | J | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. Accounts Bank of America | A | Interest | K | T | | | | | |
| 8. Deferred Compensation (457) account 1, VOYA | G | Distribution | P1 | T | Sold (part) | 08/13/15 | M | | |
| 9. --Voya U.S. Stock Index | | | | | | | | | |
| 10. --American Funds New Perspective Fund | | | | | | | | | |
| 11. --American Funds The Growth Fund of America | | | | | | | | | |
| 12. --VOYA Fixed Account 457/401 | | | | | | | | | |
| 13. --Pioneer Fund | | | | | | | | | |
| 14. --Loomis Sayles Small Cap Growth Fund | | | | | | | | | |
| 15. --Vanguard Mid-Cap Index Fund | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. IRA 1 | A | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kahn, Charles J. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --American Funds New Perspective Fund | | | | | Buy | 08/20/15 | K | | |
| 19. --American Funds Washington Mutual Inv. Fund | | | | | Buy | 08/20/15 | K | | |
| 20. --American Fundamental Investors Fund | | | | | Buy | 08/20/15 | K | | |
| 21. --American Growth Fund | | | | | Buy | 08/20/15 | K | | |
| 22. --Lord Abbott Short Duration Income | | | | | Buy | 08/20/15 | K | | |
| 23. | | | | | | | | | |
| 24. Deferred Compensation Account (457) 2 (spouse | A | Int./Div. | | | Sold | 05/21/15 | L | | |
| 25. --Vanguard Tot Int St Idx IS | | | | | Sold | 05/21/15 | J | | |
| 26. --Okmrk Intl I | | | | | Sold | 05/21/15 | J | | |
| 27. --Invsco VK Gr Inc A | | | | | Sold | 05/21/15 | K | | |
| 28. --MSIF Gr P | | | | | Sold | 05/21/15 | K | | |
| 29. --NeuBer Genesis Tr | | | | | Sold | 05/21/15 | J | | |
| 30. | | | | | | | | | |
| 31. IRA 2 Spouse | A | Int./Div. | L | T | | | | | |
| 32. --Bank of America NA | | | | | Buy | 05/22/15 | J | | |
| 33. --Vanguard Intermediate Bond ETF | | | | | Buy | 05/22/15 | J | | |
| 34. --IShares 3-7 Yr. T Bond ETF | | | | | Buy | 05/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Wisdomtree Trust Japan Hedged Equity | | | | | Buy | 05/22/15 | J | | |
| 36. --Wisdomtree Europe Hedges | | | | | Buy | 05/22/15 | J | | |
| 37. --IShares MBS ETF | | | | | Buy | 05/22/15 | J | | |
| 38. --IShares Inc. Core MSCI | | | | | Buy | 05/22/15 | J | | |
| 39. --IShares MSCI Pacific | | | | | Buy | 05/22/15 | J | | |
| 40. --I Shares Market Vectors | | | | | Buy | 05/22/15 | J | | |
| 41. --IShares MSCI Sweden | | | | | Buy | 05/22/15 | J | | |
| 42. --IShares MSCI Switzerland | | | | | Buy | 05/22/15 | J | | |
| 43. --IShares MSCI Japan | | | | | Buy | 05/22/15 | J | | |
| 44. --IShares MSCI Switzerland | | | | | Buy | 05/22/15 | J | | |
| 45. --IShares MSCI UK | | | | | Buy | 05/22/15 | J | | |
| 46. --First Trust EFT Dow Jones Ind | | | | | Buy | 05/22/15 | J | | |
| 47. --Wisdomtree Europe Hedged Equity | | | | | Buy | 05/22/15 | J | | |
| 48. --Ishares NASDAQ Biotech | | | | | Buy | 05/22/15 | J | | |
| 49. --IShares Inc Core MSCI Emerging Markets | | | | | Buy | 05/22/15 | J | | |
| 50. --SPDR Barclays High Yield Bond | | | | | Buy | 05/22/15 | J | | |
| 51. --IShares IBOXX$ Investment Grade Corp Bond | | | | | Buy | 05/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --IShares MBS | | | | | Buy | 05/22/15 | J | | |
| 53. --Powershares Global | | | | | Buy | 05/22/15 | J | | |
| 54. --Powershares Preferred | | | | | Buy | 05/22/15 | J | | |
| 55. --First Trust ISE | | | | | Buy | 05/22/15 | J | | |
| 56. --IShares TIPS | | | | | Buy | 05/22/15 | J | | |
| 57. --Vanguard Consumer | | | | | Buy | 05/22/15 | J | | |
| 58. --Vanguard Materials | | | | | Buy | 05/22/15 | J | | |
| 59. --Vanguard Information | | | | | Buy | 05/22/15 | J | | |
| 60. --Vanguard Ind. | | | | | Buy | 05/22/15 | J | | |
| 61. --Vanguard Energy ETF | | | | | Buy | 05/22/15 | J | | |
| 62. --Sector SPDR Fin. | | | | | Buy | 05/22/15 | J | | |
| 63. --Health Care Select SPDR | | | | | Buy | 05/22/15 | J | | |
| 64. --Consumer Discretionary SPDR | | | | | Buy | 05/22/15 | J | | |
| 65. --Market Vectors J.P. | | | | | Buy | 05/22/15 | J | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. IRA 3 | E | Distribution | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Altria Common Stock | | | | | | | | | |
| 70. --Bank Deposit Program Bank of America | | | | | | | | | |
| 71. --Bank of America Common Stock | | | | | | | | | |
| 72. --Blackrock Income Trust | | | | | | | | | |
| 73. --British Amer Tob Spon ADR | | | | | | | | | |
| 74. --Capital City Bank common stock | | | | | Sold | 07/16/15 | J | | |
| 75. --Centerpoint Energy common stock | | | | | | | | | |
| 76. --Citigroup New common stock | | | | | | | | | |
| 77. --Conoco Phillips common stock | | | | | | | | | |
| 78. --DuPont EI Nemoours common stock | | | | | | | | | |
| 79. --Deutsche High Income Opportunities | | | | | | | | | |
| 80. --Eastman Kodak common stock | | | | | Sold | 09/04/15 | J | | |
| 81. --Exxon Mobil common stock | | | | | | | | | |
| 82. --FirstEnergy common stock | | | | | | | | | |
| 83. --Frontier Communications common stock | | | | | | | | | |
| 84. --GE Common Stock | | | | | | | | | |
| 85. --GlaxoSmithKline PLC ADS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Halyard Health | | | | | | | | | |
| 87. --Honeywell Intl. common stock | | | | | | | | | |
| 88. --Johnson & Johnson common stock | | | | | | | | | |
| 89. --Kimberly Clark common stock | | | | | | | | | |
| 90. --Kraft Foods CLA | | | | | | | | | |
| 91. --Merck common stock | | | | | | | | | |
| 92. --Microsoft common stock | | | | | | | | | |
| 93. --Norfold Southern common stock | | | | | | | | | |
| 94. --Philip Morris Intl. common stock | | | | | | | | | |
| 95. --Phillips 66 Com | | | | | | | | | |
| 96. --Procter & Gamble common stock | | | | | | | | | |
| 97. --Raytheon common stock | | | | | | | | | |
| 98. --Sandisk common stock | | | | | | | | | |
| 99. --Verizon Comm. common stock | | | | | | | | | |
| 100. --Weatherford Intl. Ltd. | | | | | | | | | |
| 101. --Wells Fargo & Co. New | | | | | | | | | |
| 102. --IBM Common Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Mondelez Intl., Inc | | | | | | | | | |
| 104. --Unit AAM Corporate Navellier Dial High Income 44 | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. Merrill Lynch Bank Deposit Program. | A | Interest | J | T | | | | | |
| 107. Capital City Bank common stock | A | Dividend | J | T | | | | | |
| 108. Janus Twenty Fund T | A | Dividend | J | T | | | | | |
| 109. TransAmerica Capital Growth | A | Dividend | J | T | | | | | |
| 110. First Tr ETF VI | A | Dividend | J | T | | | | | |
| 111. First Tr High YL Etf | A | Dividend | J | T | | | | | |
| 112. First Tr Emerging Mkts ETF | A | Dividend | J | T | | | | | |
| 113. First Tr Engy ETF | A | Dividend | J | T | | | | | |
| 114. First Tr Europe | A | Dividend | J | T | | | | | |
| 115. First Tr Inds/Prods ETF | A | Dividend | J | T | | | | | |
| 116. First Tr Large Cap ETF | A | Dividend | J | T | | | | | |
| 117. FIrst Tr Global Auto ETF | A | Dividend | J | T | | | | | |
| 118. First Tr North Am ETf | A | Dividend | J | T | | | | | |
| 119. First Tr NASDAQ ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121.  IRA 4 (spouse) | A | Int./Div. | L | T | | | | | |
| 122.  --Bank of America | | | | | | | | | |
| 123.  --Capital City Bank Inc common stock | | | | | | | | | |
| 124.  --Unit AAM Corporate Navellier Dial High Income 44 | | | | | | | | | |
| 125.  --ATT Common Stock | | | | | | | | | |
| 126.  --Energy Transfer Eqty LP | | | | | | | | | |
| 127.  --Microsoft common stock | | | | | | | | | |
| 128.  --Target Corp | | | | | | | | | |
| 129.  --Third Ave Value Inst | | | | | | | | | |
| 130. | | | | | | | | | |
| 131.  Trust 1 | D | Int./Div. | O | T | | | | | |
| 132.  --Cash Merrill Lynch Bank Deposit | | | | | | | | | |
| 133.  --Franklin Adjustable US Govt | | | | | | | | | |
| 134.  --Capital City Bank common stock | | | | | | | | | |
| 135.  --Chevron common stock | | | | | | | | | |
| 136.  --CNA Financial common stock | | | | | Sold | 06/01/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Duke Energy common stock | | | | | | | | | |
| 138. --Exelon | | | | | | | | | |
| 139. --FPIC Ins. Grp common stock | | | | | Sold | 08/20/15 | J | | |
| 140. --Pepsico common stock | | | | | | | | | |
| 141. --Procter & Gamble common stock | | | | | | | | | |
| 142. --Southern Co. common stock | | | | | | | | | |
| 143. --Spectra Energy common stock | | | | | | | | | |
| 144. --Teco Energy common stock | | | | | | | | | |
| 145. --Calamos Growth fund | | | | | Sold | 12/18/15 | K | | |
| 146. --Columbia Seligman fund | | | | | | | | | |
| 147. --Jacob Wisdom Fund | | | | | | | | | |
| 148. --Longleaf Partners fund | | | | | Sold | 12/16/15 | K | | |
| 149. --Lord Abbett Mid-Cap Value C | | | | | | | | | |
| 150. --Thornburg Value Fund Class A | | | | | | | | | |
| 151. --Templeton Global Income fund | | | | | Sold | 12/16/15 | J | | |
| 152. --Half interest in condominium, Gulf Breeze, FL | D | Rent | M | S | | | | | |
| 153. --Health First Network, Inc. membership units | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Five Flags Bank common stock | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. Trust 2 | D | Int./Div. | O | T | | | | | |
| 157. --Cash Merrill Lynch Bank Deposit | | | | | | | | | |
| 158. --Franklin Adjustable US Govt | | | | | | | | | |
| 159. --Best Buy common stock | | | | | | | | | |
| 160. --Capital City Bank common stock | | | | | | | | | |
| 161. --Chevron common stock | | | | | | | | | |
| 162. --Coca-Cola common stock | | | | | | | | | |
| 163. --Duke Energy common stock | | | | | | | | | |
| 164. --Exelon Corp. common stock | | | | | | | | | |
| 165. --FPIC Ins. Group, Inc. common stock | | | | | Sold | 08/20/15 | J | | |
| 166. --JM Smucker common stock | | | | | | | | | |
| 167. --Kate Spade | | | | | | | | | |
| 168. --Pepsico common stock | | | | | | | | | |
| 169. --Procter & Gamble common stock | | | | | | | | | |
| 170. --Southern Co. common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Spectra Energy common stock | | | | | | | | | |
| 172. --Teco Energy common stock | | | | | | | | | |
| 173. --Treehouse Foods common stock | | | | | | | | | |
| 174. --Whitewave Foods | | | | | | | | | |
| 175. --Calamos Growth fund | | | | | Sold | 12/18/15 | K | | |
| 176. --Columbia Seligman fund | | | | | | | | | |
| 177. --Jacob Wisdom fund | | | | | | | | | |
| 178. --Longleaf Partners Fund | | | | | Sold | 12/16/15 | K | | |
| 179. --Lord Abbett Mid-Cpa Value C | | | | | | | | | |
| 180. --Thornburg Value Fund Class A | | | | | | | | | |
| 181. --Half interest in condominium, Gulf Breeze, FL | D | Rent | M | S | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts, line 10-11, American Funds New Perspective changed to VOYA U.S. Stock Index in July, 2015

Part VII, line 13-14, Pioneer Fund became Loomis Sayles Small Cap Growth Fund in August, 2015.

Part VII, line 17 is a new IRA funded by rollover from VOYA Deferred Compensation Account in August, 2015 (line 8).

Part VII, Investments and Trusts, line 24-65. This account became a managed account in May, 2015, explaining the now numerous positions.

Part VII. Spouse now has a new IRA 3, line 31.

Part VII, Investments and Trusts, line 133. Assets of this trust transferred to Merrill Lynch in May, 2015, but no sale of assets involved at the time.

Part VII, Investments and Trusts, line 157. Assets of this trust transferred to Merrill Lynch in May, 2015, but no sale of assets involved at the time.

Part VII, Investments and Trusts, line 153, certified assessed value (of entire property) per property appraiser is 300,000.

Part VII, Investments and Trusts, line 138, certified assessed value (of entire property) per property appraiser is 300,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles J. Kahn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544